FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2023

No. 04-22-00758-CV

**MIRACLE AUTOMOTIVE, INC.** d/b/a Miracle Body and Paint,
Appellant

v.

**GEICO INSURANCE COMPANY**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV02730
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The clerk's record was originally due December 22, 2022, but was not filed. On December 22, 2022, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee. We therefore **ORDER** appellant to provide written proof to this court that either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by January 13, 2023.** If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court